(March 24, 2015)

■ Tower Insurance Company of New York, as Subrogee of A&M East Broadway LLC, et al., Respondents, v Hong Kong Supermarket, Inc., Appellant, and PCK Realty, Inc., Respondent. [3 NYS3d 590]—

Order, Supreme Court, New York County (Lucy Billings, J.), entered July 3, 2013, which denied as untimely the motion of defendant Hong Kong Supermarket, Inc. for summary judgment dismissing the complaint as against it, unanimously reversed, on the law and the facts, without costs, and the matter remanded for a determination of the motion on the merits.

The motion court granted Hong Kong's request for an extension of the summary judgment deadline in a closely related consolidated action, but determined that Hong Kong's summary judgment motion in this action was untimely. Under the specific circumstances of this case, the court should have found that good cause existed to review Hong Kong's motion for summary judgment on the merits (*see* CPLR 3212 [a]). Concur— Gonzalez, P.J., Richter, Manzanet-Daniels and Kapnick, JJ.